UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT M. LEE | CIVIL ACTION |
| VERSUS | NO. 12-CV-00376 |
| ROSEN USA INC. | JUDGE KURT D. ENGELHARDT |
| | MAG. JUDGE SALLY SHUSHAN |
| | JURY TRIAL |

**O R D E R**

Considering the foregoing Ex Parte Motion to Dismiss With Prejudice,

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion to Dismiss With Prejudice be, and the same is hereby GRANTED. It is further ordered that this proceeding be, and is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

New Orleans, Louisiana, this  18th  day of   December  , 2012.

_____
UNITED STATES DISTRICT JUDGE

3